IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00221-RJC-DCK

| | |
|---|---|
| ANTHONY DEONTA THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEP'T OF HOMELAND SECURITY; )<br>THE UNITED STATE ARMY; )<br>THE UNITED STATES DEP'T OF )<br>DEFENSE, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on an initial review of Plaintiff's *pro se* complaint and his motion to proceed *in forma pauperis*. See 28 U.S.C. § 1915(e).

Plaintiff has filed a complaint alleging that the defendants are discriminating against him on the basis of his religion by denying him gainful employment opportunities. Attached to his complaint is a summons for each of the defendants named in the complaint but he has not included addresses for any of the defendants. Plaintiff will therefore be ordered to file a summons for each defendant which includes their complete address.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a summons for each defendant with the Clerk's office within 10-days from entry of this Order which includes the defendant's address. Failure to comply with this Order will result in dismissal of Plaintiff's complaint.

**SO ORDERED.**

Signed: October 5, 2015

*[signature]*

Robert J. Conrad, Jr.
United States District Judge