IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00221-RJC-DCK

| ANTHONY DEONTA THOMAS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| DEP'T OF HOMELAND SECURITY; THE UNITED STATES ARMY; THE UNITED STATES DEP'T OF DEFENSE, | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court on a review of the docket in this matter. Plaintiff, who is proceeding pro se, filed a complaint alleging that the defendants are discriminating against him on the basis of his religion and denying him employment opportunities. On October 6, 2015, the Court entered an Order requiring Plaintiff to submit a completed summons for each defendant and he was provided up to and including October 16, 2015, in which to submit the completed summonses. (Doc. No. 3). However, despite being warned that his complaint would be dismissed for failure to comply with the Order, Plaintiff has failed to submit the summonses or seek an extension of time in which to do so.

**IT IS, THEREFORE, ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to prosecute, and Plaintiff's motion to proceed *in forma pauperis* is **DISMISSED** as moot. (Doc. No. 2).

The Clerk is respectfully directed to close this civil case.

Signed: October 29, 2015

Robert J. Conrad, Jr.
United States District Judge